428 A.2d 245

Commonwealth v. Africa et al., Appellants.

Argued December
4, 1979. Salvatore J. Cucinotta, for appellant; Eric B.
Henson, Assistant District Attorney, for Commonwealth,
appellee.

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgom-
ery County, Pennsylvania, is sitting by designation.

Before PRICE, WATKINS and HOFFMAN, JJ.

Order affirmed.